# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 36 EM 2015
EX REL: THEODORE WRIGHT A/K/A   :
CURTIS PRICE,   :
  :
         Petitioner   :
  :
  :
  :
      v.   :
  :
  :
  :
TAMMY FERGUSON AS FACILITY   :
MANAGER SCI BENNER; AND THE   :
DISTRICT ATTORNEY OF   :
PHILADELPHIA CO., PA. AND   :
KATHLEEN KANE, ESQ., ATTORNEY   :
GENERAL OF PENNSYLVANIA   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.